IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOHNNY E. YEOMANS,

    Plaintiff,

v.

TIMOTHY BARTON, Magistrate Judge,

    Defendant.

CIVIL ACTION NO.: CV206-109

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. In his objections, Plaintiff cites two Georgia Supreme Court cases which he believes entitle him to proceed with his complaint against Defendant, a judicial officer. The cases Plaintiff cites are not applicable to the doctrine of judicial immunity. Plaintiff's objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**, pursuant to 28 U.S.C. §§ 1915 (e)(2)(B)(ii) and 1915A(b). The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this ___13___ day of ___June___, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)